## ATTORNEY AND SOLICITOR.

---

NICOLL and others, appellants, *v.* NICOLL, respondent, 16 Wend. 446.

### *Attorney's Lien for Costs.*

THE Court of Errors, in this case held, that an attorney's lien for his costs is no bar to a *bill in chancery*, filed to obtain a set off against the client; nor is it a bar when the question arises on a *trial at law*. The decree of the Chancellor sustaining the lien was therefore *reversed*. 13 for reversal, 8 for affirmation.